# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

A.A., by and through his Parents and
Next Friends, E.A. and M.A.,

    Plaintiffs,

v.

WALLED LAKE CONSOLIDATED
SCHOOLS,

    Defendant.

Case No. 2:16-cv-14214

Hon. Sean F. Cox
District Judge

Hon. Mona K. Majzoub
Magistrate Judge

_____

| | |
|---|---|
| **MATT COHEN AND ASSOCIATES, LLC**<br>Bradley J. Dembs (P76692)<br>Attorney for Plaintiffs<br>155 N. Michigan Ave., Suite 715<br>Chicago, IL 60601<br>(866) 787-9270<br>bradspedlaw@gmail.com | **LUSK & ALBERTSON, PLC**<br>Robert A. Lusk (P38122)<br>Anya M. Lusk (P78137)<br>Attorneys for Defendant<br>409 E. Jefferson, Fifth Floor<br>Detroit, MI 48226<br>(248) 988-5662<br>rlusk@luskalbertson.com |
| **MICHIGAN PROTECTION AND ADVOCACY SERVICE, INC.**<br>Erin H. Diaz (P80388)<br>Mitchell D. Sickon (P82407)<br>Attorneys for Plaintiffs<br>4095 Legacy Parkway, Suite 500<br>Lansing, MI 48911<br>(517) 487-1755<br>ediaz@mpas.org<br>msickon@mpas.org | **GILBERT MCWHERTER SCOTT & BOBBITT, PLC**<br>Justin S. Gilbert (TN Bar #017079)<br>Attorney for Plaintiffs<br>100 W. Martin Luther King Blvd.<br>Suite 501<br>Chattanooga, TN 37402<br>(423) 499-3044<br>jgilbert@gilbertfirm.com |

## JOINT STIPULATION FOR ENTRY OF ORDER OF DISMISSAL

The parties, through their respective attorneys, jointly stipulate and agree to the Court's entry of an order of dismissal with prejudice of the above-captioned action. All matters in controversy for which said action was brought have been fully compromised and settled. A proposed order is attached.

Respectfully submitted on this 24th day of February, 2019,

| | |
|---|---|
| */s/ Bradley J. Dembs* | */s/ Robert A. Lusk* |
| Bradley J. Dembs (P76692) | Robert A. Lusk (P38122) |
| Attorney for Plaintiffs | Attorney for Defendant |
| | |
| */s/ Justin S. Gilbert* | */s/ Erin H. Diaz* |
| Justin S. Gilbert (TN Bar # 017079) | Erin H. Diaz (P80388) |
| Attorney for Plaintiffs | Attorney for Plaintiffs |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

A.A., by and through his Parents and
Next Friends, E.A. and M.A.,

      Case No. 2:16-cv-14214

    Plaintiffs,

v.      Hon. Sean F. Cox
      District Judge

WALLED LAKE CONSOLIDATED
SCHOOLS,      Hon. Mona K. Majzoub
      Magistrate Judge

    Defendant.

_____

| | |
|---|---|
| **MATT COHEN AND ASSOCIATES, LLC**<br>Bradley J. Dembs (P76692)<br>Attorney for Plaintiffs<br>155 N. Michigan Ave., Suite 715<br>Chicago, IL 60601<br>(866) 787-9270<br>bradspedlaw@gmail.com | **LUSK & ALBERTSON, PLC**<br>Robert A. Lusk (P38122)<br>Anya M. Lusk (P78137)<br>Attorneys for Defendant<br>409 E. Jefferson, Fifth Floor<br>Detroit, MI 48226<br>(248) 988-5662<br>rlusk@luskalbertson.com |
| **MICHIGAN PROTECTION AND ADVOCACY SERVICE, INC.**<br>Erin H. Diaz (P80388)<br>Mitchell D. Sickon (P82407)<br>Attorneys for Plaintiffs<br>4095 Legacy Parkway, Suite 500<br>Lansing, MI 48911<br>(517) 487-1755<br>ediaz@mpas.org<br>msickon@mpas.org | **GILBERT MCWHERTER SCOTT & BOBBITT, PLC**<br>Justin S. Gilbert (TN Bar #017079)<br>Attorney for Plaintiffs<br>100 W. Martin Luther King Blvd.<br>Suite 501<br>Chattanooga, TN 37402<br>(423) 499-3044<br>jgilbert@gilbertfirm.com |

_____

**ORDER OF DISMISSAL**

This Court, having reviewed the parties' Joint Stipulation for Entry of Order of Dismissal, and being fully advised in the premises, finds that this cause of action has been fully compromised and settled and the parties have stipulated and agreed to dismissal of the matter with prejudice.

IT IS THEREFORE ORDERED:

(1) The above-captioned matter is hereby dismissed with prejudice;

(2) This is a final order which resolves all remaining issues, and the case may now be closed.

                    ENTERED:

Dated: 2/25/2019                    s/Sean F. Cox
                                                  Honorable Sean F. Cox
                                                  United States District Judge